# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Hagan Realty, Inc., Matt Hagan LLC, and Matthew Hagan, | Court File No. 1:23-cv-278 PLM-RSK |
| Plaintiffs, | Hon. Paul L. Maloney |
| vs. | |
| The City of East Lansing, Michigan, a Michigan municipality, | |
| Defendant. | |

## NOTICE OF VOLUNARY DISMISSAL UNDER F.R.C.P. 41(a)(1)(A)(i)

In accordance with Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), the plaintiffs Hagan Realty, Inc., Matt Hagan LLC, and Matthew Hagan, through their attorneys, give notice that this action is voluntarily dismissed. The defendant City of East Lansing, Michigan has not served an answer or motion for summary judgment in this action. Accordingly, the plaintiffs notice for the voluntary dismissal of this action is without prejudice. *See* Fed. R.

Civ. P. 41(a)(1)(B).

Dated: April 27, 2023

/s/ Erick G. Kaardal
Erick G. Kaardal, MN Atty. No. 229647
Mohrman, Kaardal & Erickson, P.A.
Special Counsel for Thomas More Society
150 South Fifth Street, Suite 3100
Minneapolis, MN 55402
Telephone:    (612) 341-1074
Email: kaardal@mklaw.com

/s/ B. Tyler Brooks
B. Tyler Brooks,† MI Atty. No. P82567
Thomas More Society
309 W. Washington Street, Suite 1250
Chicago, IL 60606
Cell: (336) 707-8855
Fax: (336) 900-6535
Email: tbrooks@thomasmoresociety.org

† *Admitted in MI, NC, SC, and TN;*
*not admitted in IL*

*Attorneys for Plaintiffs*